Wayne C. Arnold SBN 103194
Castellan Law Group, APC
1100 W. La Habra Blvd.
La Habra, CA 90631
Telephone: 626-330-8238
Cell: 714-271-5214
Email: warnold@castellanlaw.com

Attorney for Defendants Jackson Hewitt Tax Service and 12960 Central Ave., LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>Plaintiff,<br><br>v.<br><br>Jackson Hewitt Tax Service; 12960 Central Ave., LLC and Does 1-10<br><br>Defendants. | CASE NO. 5:21-cv-688 JWH (SHKx)<br><br>**DEFENDANT 12960 CENTRAL AVE, LLC'S ANSWER TO COMPLAINT** |

Defendant 12960 Central Ave., LLC ("Defendant") responds to Plaintiff Bryan Estrada's Complaint as follows:

**NATURE OF THE ACTION**

1. Responding to Paragraph 1 of Plaintiff's Complaint, this is a conclusion of law to which no response is required and is respectfully referred to the Court for determination.

**PARTIES**

2. Responding to Paragraph 2 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations of that Paragraph, and on that basis, denies each and every allegation contained therein.

3. Responding to Paragraph 3 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations of that Paragraph, and on that basis, denies each and every allegation contained therein.

4. Responding to Paragraph 4 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations of that Paragraph, and on that basis, denies each and every allegation contained therein.

5. Responding to Paragraph 5 of Plaintiff's Complaint, Defendant admits that Jackson Hewitt Tax service is a tenant at the Subject Property.

6. Responding to Paragraph 6 of Plaintiff's Complaint, Defendant admits the allegations of that Paragraph.

7. Responding to Paragraph 9 of Plaintiff's Complaint, Defendant admits the allegations of that Paragraph regarding the Subject Property. Further responding to Paragraph 9 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations of that Paragraph regarding Does 1 through 10, and on that basis, denies each and every such allegation.

**JURISDICATION AND VENUE**

8. Responding to Paragraph 8 of Plaintiff's Complaint, this is a conclusion of law to which no response is required and is respectfully referred to the Court for determination.

9. Responding to Paragraph 9 of Plaintiff's Complaint, this is a

conclusion of law to which no response is required and is respectfully referred to the Court for determination.

**STATEMENT OF FACTS**

10. Responding to Paragraph 10 of Plaintiff's Complaint, Defendant admits the allegations of this paragraph.

11. Responding to Paragraph 11 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained that Paragraph, and on that basis, denies each and every allegation contained therein.

12. Responding to Paragraph 12 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained that Paragraph, and on that basis, denies each and every allegation contained therein.

13. Responding to Paragraph 13 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained that Paragraph, and on that basis, denies each and every allegation contained therein.

14. Responding to Paragraph 14 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained that Paragraph, and on that basis, denies each and every allegation contained therein.

15. Responding to Paragraph 15 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained that Paragraph, and on that basis, denies each and every allegation contained therein.

16. Responding to Paragraph 16 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every

allegation contained therein.

17. Responding to Paragraph 17 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

18. Responding to Paragraph 18 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

19. Responding to Paragraph 19 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

20. Responding to Paragraph 20 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

21. Responding to Paragraph 21 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein, except that Defendant any knowing, willful or intentional failure to remove barriers

22. Responding to Paragraph 22 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

23. Responding to Paragraph 23 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the

allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

24. Responding to Paragraph 24 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

25. Responding to Paragraph 22 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

**RESPONSE TO FIRST CLAUSE OF ACTION**

26. Responding to Paragraph 26 of Plaintiff's Complaint, Defendant incorporates by reference each and every response to the allegations contained in all prior paragraphs of the Plaintiff's Complaint.

27. Responding to Paragraph 27 of Plaintiff's Complaint, this is a conclusion of law to which no response is required and is respectfully referred to the Court for determination.

28. Responding to Paragraph 28 of Plaintiff's Complaint, this is a conclusion of law to which no response is required and is respectfully referred to the Court for determination.

29. Responding to Paragraph 29 of Plaintiff's Complaint, this is a conclusion of law to which no response is required and is respectfully referred to the Court for determination.

30. Responding to Paragraph 30 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

31. Responding to Paragraph 31 of Plaintiff's Complaint, Defendant

lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

32. Responding to Paragraph 32 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

33. Responding to Paragraph 33 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

34. Responding to Paragraph 34 of Plaintiff's Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in that Paragraph, and on that basis, denies each and every allegation contained therein.

**WITHOUT ANY CONCESSION TO ANY CLAIM OR ALLEGATION BY PLAINTIFF, RITE AID ASSERTS THE FOLLOWING AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN:**

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

35. As a first affirmative defense, Defendant allegeS, upon information and belief, that Plaintiff's Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a claim.

## SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations)

36. As a second affirmative defense, Defendant allegeS, upon

information and belief, that Plaintiff's Complaint, and each of his claims, is barred by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

37. As a third affirmative defense, Defendant alleges, upon information and belief, without admitting that Plaintiff has suffered any injury or damage whatsoever, that Plaintiff has failed to mitigate his damages.

**FOURTH AFFIRMATIVE DEFENSE**

(Laches)

38. As a fourth affirmative defense, Defendant alleges, upon information and belief, that Plaintiff's Complaint, and each of his causes of action, is barred under the equitable doctrine of laches.

**FIFITH AFFIRMATIVE DEFENSE**

(Not Readily Achievable)

39. As a fifth affirmative defense, Defendant is only required under section 302(b)(2)(A)(iv) of the ADA, and section 54.1 of the California Civil Code, the Unruh Civil Rights Act, to remove architectural barriers in their existing facilities if such removal is "readily achievable". Defendants are informed that the barriers Plaintiff refers to in his Complaint cannot be removed under the "readily achievable" standard.

**SIXTH AFFIRMATIVE DEFENSE**

(Reservation of Rights)

40. Because Plaintiff's Complaint is couched in broad and conclusory terms, Defendant cannot fully anticipate all defenses that may be applicable to this action. Accordingly, the right to assert additional defenses, if and to the extent such defenses are applicable, is hereby reserved.

**PRAYER FOR RELIEF**

WHEREFORE, 12960 Central Ave., LLC prays for judgment as follows:

1. That Plaintiff take nothing by reason of his Complaint and judgment be rendered in favor of Defendant;

2. That no injunctive relief is necessary and therefore is not awarded by the Court;

3. That Defendants be awarded their costs of suit incurred in defense of this action;

4. That Defendants be awarded reasonable attorneys' fees; and

5. For any other and further relief as the Court considers just and proper.

Dated: May 11, 2021

WAYNE C. ARNOLD

By: */s/Wayne C. Arnold*

WAYNE C. ARNOLD
Attorney for Defendants Jackson Hewitt Tax Service and 12960 Central Ave., LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document entitled **DEFENDANT THRITY PAYLESS, INC.'S ANSWER TO COMPLAINT,** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case as follows**:**

| Ross Cornell<br>LAW OFFICES OF ROSS CORNELL<br>P.O. Box 1989 #305<br>Big Bear Lake, CA 92315<br><br>562-612-1708<br>rc@rosscornellaw.com | *Attorneys for Plaintiff* |
|---|---|

Executed on **May 11, 2021** at La Habra, California.

WAYNE C. ARNOLD

By: */s/ Wayne C. Arnold*
**WAYNE C. ARNOLD**
Attorney for Defendant 12960 Central Ave., LLC